UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINT WEBB,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH GAUGLER, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. C10-2089-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

On December 29, 2010, plaintiff Clint Webb filed an application to proceed *in forma pauperis* ("IFP") in this proposed civil rights action. *See* Dkt. 1; Dkt 2. Upon review of plaintiff's submissions, the Clerk of Court determined that plaintiff's application to proceed IFP was deficient because plaintiff failed to submit the proper IFP form and because he failed to provide a certified copy of his trust account statement showing transactions for the past six months. *See* Dkt. 4. The Clerk sent plaintiff a letter dated December 29, 2010, advising him to correct these deficiencies not later than January 31, 2011, and that his failure to do so could result in dismissal of his case. *Id*. To date, however, plaintiff has not responded in any fashion to the Clerk's letter.

REPORT AND RECOMMENDATION
PAGE - 1

As plaintiff has had ample time to correct the deficiencies in his IFP application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 10th day of February, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2