UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLINT WEBB,

    Plaintiff,

    v.

KEITH GAUGLER, et al.,

    Defendants.

Case No. C10-2089RSL

ORDER TO SHOW CAUSE

On February 10, 2011, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on February 18, 2011, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for May 6, 2011. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 28th day of February, 2011.

                                                  Robert S. Lasnik
                                                United States District Judge

ORDER TO SHOW CAUSE - 1